

# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

TYRONE LYLES

**JUDGMENT IN A CIVIL CASE**

v.

GOVERNOR PHIL BREDESEN, et al.     CASE NUMBER:     05-1197-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 08/19/05, the plaintiff's motion for voluntary dismissal is GRANTED. This case is hereby DISMISSED without prejudice.

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

                                                 THOMAS M. GOULD
                                                 CLERK

8/22/05                          BY:    C. Head
_____         _____
DATE                                    DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8/24/05.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 1:05-CV-01197 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Tyrone L. Lyles
NWCX
289269
960 State Route 212
Tiptonville, TN 38079

Honorable James Todd
US DISTRICT COURT